```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____              │
│ DATE FILED:  5/24/2023____               │
└─────────────────────────────────────────┘
```

## MEMORANDUM ENDORSEMENT

Northway Medical Center Condo v. The Hartford Financial Services Group, Inc.

7:20-cv-09864-NSR-JCM

The Court is in receipt of Defendant Sentinel Insurance Company, Limited's ("Sentinel") letter, dated May 19, 2023, seeking leave to file a motion for summary judgment to dismiss Plaintiff's complaint in its entirety.  (ECF No. 44.)  The Court is also in receipt of Plaintiff's letter, dated May 19, 2023, seeking leave to file a cross-motion for summary judgment. (ECF No. 45.)  Finally, the Court is in receipt of each party's response to their opposing parties letters seeking leave to file a motion for summary judgment/cross-motion for summary judgment.  (ECF Nos. 46 and 47.)

The Court waives the pre-motion conference requirement and GRANTS Defendants leave to file a motion for summary judgment, and GRANTS Plaintiff leave to file a cross-motion for summary judgment.  The parties are directed to adhere to the following briefing schedule:

- Defendant's opening papers on its motion for summary judgment shall be served (not filed) on July 9, 2023;
- Plaintiff's opposition papers to the summary judgment motion and opening papers for its cross-motion for summary judgment shall be served (not filed) on or before August 23, 2023;
- Defendant's opposition to the cross-motion for summary judgment and reply in support of its summary judgment motion shall be served (not filed) on or before October 7, 2023;
- Plaintiff's reply on its cross-motion for summary judgment shall be served on or before October 24, 2023.

The parties are directed to file their papers on ECF on October 24, 2023.  The parties are also directed to mail two courtesy copies of their motion papers as they are served, and also email a copy to Chambers as the papers are served.

The Court ADJOURNS the status conference scheduled for May 25, 2023 *sine die*.

The Clerk of the Court is kindly directed to terminate the motion letters at ECF Nos. 43, 44, and 45.

Dated: May 24, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE