# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NORTHWAY MEDICAL CENTER CONDO,

                        Plaintiff,                      20 **CIVIL** 9864 (NSR)

      -against-                              **JUDGMENT**

THE HARTFORD FINANCIAL SERVICES GROUP, INC.,

                        Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, Defendant's motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         August 21, 2024

                                                       **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                                    **BY:**
                                                     **Deputy Clerk**