# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NORTHWAY MEDICAL CENTER CONDO,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

THE HARTFORD FINANCIAL SERVICES GROUP, INC.

(List the full name(s) of the defendant(s)/respondent(s).)

_20_ CV _9864_ ( NSR )( JCM )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    Plaintiff  Northway Medical Center Condo

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☒ judgment    ☐ order    entered on:    August 21, 2024

(date that judgment or order was entered on docket)

that:    Granted summary judgment to Defendant The Hartford Financial Services Group, Inc.

and closed the case pursuant to the Court's Decision and Order dated August 20, 2024.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/13/24

Dated

Signature*

Neuman, Jonathan, E

Name (Last, First, MI)

176-25 Union Turnpike, Suite 230, Fresh Meadows, NY 11366

Address                     City                     State                     Zip Code

(347) 450-6710                              jnesq@jenesqlaw.com

Telephone Number                          E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13